UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

MEDITERRANEAN SHIPPING CO. S.A.
and MEDITERRANEAN SHIPPING CO.
(USA) INC.,

                Plaintiff(s),

-against-

ALL AMERICAN PRODUCE CORP.,

                Defendant(s).

07 CIV _____

**RULE 7.1 STATEMENT**



         PLEASE TAKE NOTICE that JORGE A. RODRIGUEZ, of the firm of MAHONEY & KEANE, LLP, attorneys of record for Plaintiff(s), MEDITERRANEAN SHIPPING COMPANY, S.A. and MEDITERRANEAN SHIPPING CO. (USA) INC., certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of MEDITERRANEAN SHIPPING COMPANY, S.A. or MEDITERRANEAN SHIPPING CO. (USA) INC.

Dated: New York, New York

      December _5_, 2007

                            MAHONEY & KEANE, LLP
                            Attorneys for Plaintiff(s)
                            MEDITERRANEAN SHIPPING CO. S.A. and
                            MEDITERRANEAN SHIPPING CO. (USA)
                            INC.

By: _____
                            Jorge A. Rodriguez (JR 2162)
                            111 Broadway, Tenth Floor
                            New York, New York 10006
                            Tel (212) 385-1422
                            Fax (212) 385-1605
                            Our File No. 12/3507/B/07/12

SERVICE LIST

ALL AMERICAN PRODUCE CORP.
426 S.W. 8th Street, #8
Miami, FL 33130