Edward A. Keane*
Cornelius A. Mahoney†
Garth S. Wolfson*

Jorge A. Rodriguez*†

Of Counsel
Stephen J. Murray

*Also admitted in NJ
†Also admitted in CT



MAHONEY & KEANE
Attorneys at Law
111 Broadway, Tenth Floor
New York, New York 10006
Telephone (212) 385-1422
Facsimile (212) 385-1605
lawoffices@mahoneykeane.com

Connecticut Office
14 Pilgrim Lane
Weston, CT 06883
Tel: (203) 222-1019
Fax: (203) 222-0252

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

RECEIVED
FEB 01 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

February 1, 2008

THIS TRANSMISSION CONSISTS OF  four  ( 4 ) PAGE(S)
VIA FAX (212) 805-7901

THE HONORABLE HAROLD BAER, JR.
UNITED STATES COURTHOUSE
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street
New York, NY 10007

    Re:    MEDITERRANEAN SHIPPING CO., et al. v. ALL AMERICAN PRODUCE CORP.
           USDC/SDNY -- Civ. No. 07-11110
           File No. 12/3507

Honorable Sir:

    We represent Plaintiffs MEDITERRANEAN SHIPING CO. S.A. and MEDITERRANEAN SHIPPING CO. (USA), INC. (collectively "MSC") in the above-stated matter. Our records show that there is a conference scheduled for February 7, 2008. However, our process server has informed us that they were only able to serve Defendant with the pleadings on January 25, 2008. As of today, we have not been contacted by Defendant or their counsel. Given that Defendant's time to answer has not expired, and that they likely have not had time to retain counsel to represent them in this matter, we ask that the preliminary conference be adjourned to March 7, 2008.

2/4/08

March 6, 08 is a conference day. I will adjourn to that date at 2:30 PM.
SO ORDERED
Harold Baer
USDJ

Along with a copy of this letter, we herewith provide Defendant with the Court's notice of the conference and Court rules.

Respectfully submitted,<br>
MAHONEY & KEANE LLP<br>
<br>
Jorge A. Rodriguez, Esq.

CC:   ALL AMERICAN PRODUCE CORP. (with enclosures)
      426 S.W. 8th Street, #8
      Miami, FL 33130