| | | | |
|---|---|---|---|
| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** | | |
| SERVICE OF: | **SUMMONS, COMPLAINT** | | |
| EFFECTED (1) BY ME: | **OUT OF STATE** | | |
| TITLE: | **PROCESS SERVER** | DATE: | 1-30-08 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

ALL AMERICAN PRODUCE CORP.  George Rodriguez Jr. man Agent

Place where served:
426 SW 8th St. #8 Miami, FL 33130

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: Managing Agent

Description of person accepting service:

SEX: M   AGE: 25   HEIGHT: 5'8   WEIGHT: 140   SKIN: Brown   HAIR: Black   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 1/30/2008

_____ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   JORGE A. RODRIGUEZ, ESQ.
PLAINTIFF:   MEDITERRANEAN SHIPPING CO., ET AL
DEFENDANT:   ALL AMERICAN PRODUCE CORP.
VENUE:   SOUTHERN DISTRICT
DOCKET:   07 CV 11110

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.