Edward A. Keane*
Cornelius A. Mahoney*
Garth S. Wolfson*
_____
Jorge A. Rodriguez*†

Of Counsel
Stephen J. Murphy

*Also admitted in NJ
†Also admitted in CT

**MAHONEY & KEANE, LLP**
*Attorneys at Law*
111 Broadway, Tenth Floor
New York, New York 10006
Telephone (212) 385-1422
Facsimile (212) 385-1605
lawoffices@mahoneykeane.com

Connecticut Office
_____
14 Pilgrim Lane
Weston, CT 06883
Tel: (203) 222-1019
Fax: (203) 222-0252

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/08

RECEIVED
APR 03 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

April 1, 2008

THE HONORABLE HAROLD BAER, JR.
UNITED STATES COURTHOUSE
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street
New York, NY 10007

      Re:    MEDITERRANEAN SHIPPING CO., et al. v. ALL
              AMERICAN PRODUCE CORP.
              USDC/SDNY -- Civ. No. 07-11110
              File No. 12/3507

Honorable Sir:

      We represent Plaintiffs MEDITERRANEAN SHIPING CO. S.A. and MEDITERRANEAN SHIPPING CO. (USA), INC. (collectively "MSC") in the above-stated matter. At our last conference, we informed the Court that Defendant had been duly served and that, despite the fact that the time to interpose an answer had expired, no such answer had been provided by Defendant. The Court indicated that Plaintiff's counsel should make one further attempt at contacting Defendant. If unsuccessful, the Court directed Plaintiff to file a motion for default by March 30, 2008. Shortly after the conference, a representative from ALL AMERICAN PRODUCE contacted our office, and indicated that he was interested in settling the matter. We have made a settlement demand and are awaiting Defendant's response. We hereby request that the Court provide an additional thirty days, in hopes that the parties will settle this matter amicably.

*[handwritten note: The docket suggests the answer was due 2/19 — entry 2/19 30 days]*

All American Produce Corp.
426 S.W. 8th St. #8
Miami, Fl 33130

All American Produce Corp.
3383 N.W. 7th St.
Miami, Fl 33142

Endorsement:

    The docket entry suggests the answer was due on 2/19 if I extend the time to answer 30 days it too will have come and gone. I will make the date for answer or motion to dismiss May 15 that should give you time to settle or if no stipulation of discontinuance is on my desk by that date (5/15/08) that an answer will have been filed and on my desk or a motion to dismiss (with notice of at least 10 days to defendant) will be on my desk - one way or another the case will be over or an answer served by 5/15/08.