UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEDITERRANEAN SHIPPING CO. S.A. and
MEDITERRANEAN SHIPPING CO. (USA) INC.,

    Plaintiff(s),

  -against-

ALL AMERICAN PRODUCE CORP.,

    Defendant(s).

07-cv-11110 (Baer)

NOTICE OF MOTION

  PLEASE TAKE NOTICE that Plaintiffs, MEDITERREAN SHIPPING COMPANY S.A. and MEDITERANEAN SHIPPING CO. (USA) INC., by their attorneys, MAHONEY & KEANE LLP, will move this Court before the Honorable Harold Baer, Jr., at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY, for an order, pursuant to Rule 55 of the Federal Rules of Civil Procedure, entering a default judgment in favor of Plaintiffs and against Defendant for failing to appear and otherwise defend this action, and for such other and further relief as this Honorable Court may deem just and proper.

Dated: New York, NY

  July 18, 2008

           MAHONEY & KEANE, LLP
           Attorneys for Plaintiff(s)
           MEDITERRANEAN SHIPPING CO. S.A. and
           MEDITERRANEAN SHIPPING CO. (USA) INC.

  By: _____
      Jorge A. Rodriguez (JR 2162)
      111 Broadway, Tenth Floor
      New York, New York 10006
      Tel (212) 385-1422
      Fax (212) 385-1605
      Our File No. 12/3507/B/07/12

- 2 -

## SERVICE LIST

ALL AMERICAN PRODUCE CORP.
426 S.W. 8th Street, #8
Miami, FL 33130